Jon D. Williams (8318)
Jeremy M. Delicino (9959)
9 Exchange Place
Suite 600
Salt Lake City, Utah 84111
(801) 746-1460
Attorneys for Justin Heideman

---

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JUSTIN HEIDEMAN,<br><br>    Defendant. | **UNOPPOSED MOTION TO TRAVEL**<br><br><br>Case No. 2:25-cr-361-RJS-JCB |

Defendant Justin Heideman, moves the Court to allow him to travel and to release his U.S. Passport from the Clerk of the Court. The government does not oppose this motion. This request has been discussed with the Pretrial Officer and counsel proffers the Officer does not oppose the Court granting this motion as requested.

Heideman will be traveling from Salt Lake City, Utah to Orlando, Florida on August 14, 2026 and returning on August 23, 2026. Heideman will embark with his family on a Disney Cruise traveling through the Eastern Caribbean on August 15-22, 2026. The itinerary will be provided to the Pretrial Officer.

DATED this the 6th day of April 2026.

/s/ Jon D. Williams
Jon D. Williams
Attorney for Justin Heideman