**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JUSTIN HEIDEMAN,<br><br>    Defendant. | **ORDER GRANTING MOTION TO TRAVEL AND TO RELEASE PASSPORT**<br><br><br>Case No. 2:25-cr-361-RJS-JCB |

BASED on the defendant's unopposed motion, good cause having been shown, the Court will grant the motion as follows:

The defendant is authorized to travel from Salt Lake City, Utah to Orlando, Florida on August 14-23, 2026. The defendant is authorized to travel on a Disney Cruise, traveling through the Eastern Caribbean, August 15-22, 2026. The Clerk of the Court shall release the defendant's United States Passport no earlier than August 12, 2026 and the defendant shall again surrender his Passport back to the Clerk of the Court no later than August 25, 2026.

DATED this the _____ day of April 2026.

BY THE COURT:

_____
Jared C. Bennett
United States Magistrate Judge