AO 436
(Rev. 04/13)

**ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS**
# AUDIO RECORDING ORDER

*Read Instructions.*

FILED
2026 MAY 8 PM 12:34
CLERK
U.S. DISTRICT COURT

| 1. NAME Heather McKenzie | 2. PHONE NUMBER 801-814-3393 | 3. EMAIL ADDRESS heathermckenzie25@icloud.com | |
|---|---|---|---|
| 4. MAILING ADDRESS 250 N 1950 W Ste C Apt 147 | 5. CITY SLC | 6. STATE UT | 7. ZIP CODE 84116 |

| 8. CASE NUMBER 2:25CR361 | 9. CASE NAME USA v Blomquist | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 10. FROM | 11. TO 5/7/26 |
| 12. PRESIDING JUDGE Jared Bennett | | LOCATION OF PROCEEDINGS | |
| | 13. CITY SLC | 14. STATE UT | |

**15. ORDER FOR**

☐ APPEAL     ☒ CRIMINAL     ☐ CRIMINAL JUSTICE ACT     ☐ BANKRUPTCY

☐ NON-APPEAL     ☐ CIVIL     ☐ IN FORMA PAUPERIS     ☐ OTHER *(Specify)*

**16. AUDIO RECORDING REQUESTED** *(Specify portion(s) and date(s) of proceeding(s) for which duplicate recordings are requested.)*

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY *(Specify Witness)* | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☒ PRE-TRIAL PROCEEDING *(Specify)* | |
| ☐ CLOSING ARGUMENT (Defendant) | | violation hearing | 5/07/2026 |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER *(Specify)* | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| ☐ DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | |
| ☐ RECORDABLE COMPACT DISC - CD | | |
| ☒ ELECTRONIC FILE *(via email, digital download, or other Judicial Conference Approved Media)* | 1 | |
| **ESTIMATE TOTAL** | | 0.00 |

**CERTIFICATION (18. & 19.)** By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE *Heather McKenzie* | 19. DATE 5/8/26 |
|---|---|

| PROCESSED BY | PHONE NUMBER |
|---|---|

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | 0.00 |
| TAPE / CD DUPLICATED *(if applicable)* | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD *(if applicable)* | | | TOTAL REFUNDED | |
| PARTY RECEIVED AUDIO RECORDING | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**    COURT COPY    ORDER RECEIPT    ORDER COPY